IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                              No. 4:12CR00079-01 JLH

DRAYTON O. MCFARLIN                                                                         DEFENDANT

## ORDER

Pending before the Court is the defendant's Unopposed Motion to Continue Supervised Release Revocation Hearing previously set for Thursday, August 2, 2012. Without objection, the motion is GRANTED. Document #13. The hearing on the pending motion to revoke supervised release of the defendant is hereby rescheduled for ***THURSDAY, AUGUST 23, 2012, at 3:00 p.m.***, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #5.

IT IS SO ORDERED this 3rd day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE