IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              NO. 4:12CR00079 JLH

DRAYTON O. MCFARLIN                                                         DEFENDANT

**ORDER**

The defendant appeared before United States Magistrate Judge Joe J. Volpe on November 18, 2013, for an initial appearance following his arrest on the warrant for revocation of supervised release. Prior to the hearing, defendant tested positive for narcotics and admitted recent use. The defendant waived his right to a detention hearing and was detained.

The United States Probation Office is directed to test defendant until he tests negative for drug usage. Upon notification, the Court will promptly set a hearing on the government's motion to revoke supervised release. Document #20.

IT IS SO ORDERED this 20th day of November, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE