IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                             NO. 4:12CR00079-01 JLH

DRAYTON O. MCFARLIN                                                                   DEFENDANT

## ORDER

At the conclusion of the supervised release revocation hearing December 20, 2013, the Court determined that the sentencing should be postponed for a period of sixty days to allow defendant the opportunity to demonstrate that he could comply with the conditions of supervision previously imposed. On February 19, 2014, the Court received a memorandum from the probation office reflecting that defendant has not been in compliance with his conditions of supervised release.

IT IS THEREFORE ORDERED that the sentencing hearing on the government's Superseding Motion to Revoke Supervised Release is hereby scheduled to begin on **THURSDAY, MARCH 27, 2014, at 9:30 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #31.

IT IS SO ORDERED this 13th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE